# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1104**
**KA 10-01040**
PRESENT: SCUDDER, P.J., CENTRA, FAHEY, PERADOTTO, AND LINDLEY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

PATRICIA FLINT, ALSO KNOWN AS PATRICIA M. FLINT,
ALSO KNOWN AS PATRICIA M. BRACAMONTE, ALSO KNOWN
AS PATRICIA M. BRACAMONTE-FLINT,
DEFENDANT-APPELLANT.

---

GARY A. HORTON, PUBLIC DEFENDER, BATAVIA (BRIDGET L. FIELD OF
COUNSEL), FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered March 23, 2010.  The judgment convicted
defendant, upon her plea of guilty, of driving while intoxicated, as a
class D felony, and aggravated unlicensed operation of a motor vehicle
in the first degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  November 10, 2011                      Patricia L. Morgan
                                                 Clerk of the Court